SETH MITCHELL, Appellant, v NEW YORK UNIVERSITY et al., Respondents.

Submitted March 3, 2014; decided April 8, 2014

On the Court's own motion, appeal transferred, without costs, to the Appellate Division, First Department, upon the ground

that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (*see* NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]). Motion for ancillary relief denied.